1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10

| Assem Mussarova *et al*., | Case No.:  CV 20-9470-CBM-(SKx) |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| v. | **[JS-6]** |
| Merrick B. Garland, U.S. Attorney General *et al*., | |
| Defendants. | |

11
12
13
14
15
16

17      Consistent with the Order re:  Plaintiff's Motion for Summary Judgment

18   and Defendants' Motion for Summary Judgment, judgment is entered in favor of

19   Defendants and against Plaintiffs.

20

21   DATED:  March 2, 2022.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28